**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

U.S. DISTRICT COURT
AUGUSTA DIV.

2014 DEC 29 A 9 44

CLERK _____
SO. DIST. OF GA.

GREAT LAKES REINSURANCE (UK)
PLC,

      Plaintiff,

      v.

JOHN D. ENGLER and W. TODD
WILSON,

      Defendants.

CV 114-193

**O R D E R**

Presently pending before the Court is the parties' joint stipulation of voluntary dismissal with prejudice. (Doc. 13.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to the dismissal of the above-referenced action with prejudice. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE.** The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** the case. Each party shall bear its own costs and attorney's fees.

    **ORDER ENTERED** at Augusta, Georgia, this _29th_ day of December, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA